UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>KEVIN MODANY, JOHN E. DEAN, C. DAVID BROWN II, JOANNA T. LAU, THOMAS I. MORGAN, JOHN VINCENT WEBER, JOHN F. COZZI, SAMUEL L. ODLE, and JERRY M. COHEN, <br><br>　　　　　Defendants. | Case No.: 1:18-cv-02182-WTL-TAB |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **John C. Hoard** of the law firm Rubin & Levin, P.C., seeking an Order granting Richard B. Allyn of Robins Kaplan LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Litigation Co-Counsel on behalf of Deborah J. Caruso, as Chapter 7 Trustee in the above-referenced cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

Richard B. Allyn
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Tel.: (612) 349-8500
Fax: (612) 339-4181
Email address: RAllyn@robinskaplan.com

> Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days.

Dated:  8/10/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel of record by CM/ECF

To PHV applicant via U.S. Mail
    Richard B. Allyn
    ROBINS KAPLAN LLP
    800 LaSalle Avenue, Suite
    2800 Minneapolis, MN  55402