# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | | |
|---|---|---|
| DEBORAH CARUSO | ) | |
|     Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:18−cv−02182−JRS−TAB |
| | ) | |
| KEVIN MODANY, et al. | ) | |
|     Defendant(s) | ) | |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: November 30, 2018         s/  Judge James R. Sweeney II
                                                         United States District Court
                                                         Southern District of Indiana