UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN MODANY, JOHN E. DEAN, C. DAVID BROWN II, JOANNA T. LAU, THOMAS I. MORGAN, JOHN VINCENT WEBER, JOHN F. COZZI, SAMUEL L. ODLE, and JERRY M. COHEN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-02182-JPH-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Defendant Kevin Modany's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)**

Defendant Kevin Modany ("Modany") by his undersigned counsel, respectfully provides the following initial disclosures pursuant to Federal Rule 26(a)(1) of the Federal Rules of Civil Procedure, based on information currently available to Modany.

I. **Reservation of Rights**

By making these disclosures, Modany reserves all of his rights to (i) correct, amend, and/or supplement these disclosures should he become aware of additional relevant information, including through discovery and (ii) assert any applicable claim of privilege or protection from disclosure.

II. **Disclosures Under Fed. R. Civ. P. 26(a)(1)(A)(i) (Individuals with information)**

The individuals listed below are likely to have discoverable information that Modany may use to defend against the claims of Deborah J. Caruso, as Chapter 7 Trustee, in this

adversary proceeding. The list of individuals in this section does not constitute a representation that the individuals are subject to Modany's control or that they will be available for pre-trial discovery.

   a. *Former ITT Employees*

      i. Former employees of ITT, including without limitation the following, may have discoverable information regarding, but not limited to, the allegations of the Complaint and Modany's affirmative defenses, the operations and business of ITT, including information about ITT's finances, potential strategic partnerships or transactions with third parties, ITT's interactions with its accreditation body, Accrediting Council for Independent Colleges and Schools ("ACICS") and with the Department of Education ("ED"):

- Rocco F. Tarasi, III, former EVP and Chief Financial Officer
  CNO Financial Group
  11825 N. Pennsylvania St.
  Carmel, Indiana
  (317) 817-6100

- Eugene W. Feichtner, former President and Chief Operating Officer

  Current contact information unknown

- Ryan L. Roney, former EVP, Chief Administrative and Legal Officer and Secretary
  Spartan Motors, Inc.
  603 Earthway Blvd.
  Bristol, Indiana 46507
  (574) 848-2024

- Angela K. Knowlton, SVP, Controller and Treasurer
  MacAllister Machinery Co., Inc.
  6300 Southeaster Ave, Suite A
  Indianapolis, IN 46203

- Glenn E. Tanner, EVP, Chief Marketing Officer

       Current contact information unknown

- June M. McCormack, EVP

       Current contact information unknown

  b. *Former Members of Board of Directors of ITT*

       i. Former members of the Board of Directors of ITT, including without limitation the following, may have discoverable information regarding , but not limited to, the allegations of the Complaint and Modany's affirmative defenses, the operations and business of ITT, including information about ITT's finances, potential strategic partnerships or transactions with third-parties, ITT's interactions with ACICS and the ED, and interactions between the Board of Directors of ITT and Modany:

- John E. Dean c/o Bose McKinney & Evans LLP
- C. David Brown II c/o Bose McKinney & Evans LLP
- Joanna T. Lau c/o Bose McKinney & Evans LLP
- Thomas I. Morgan c/o Bose McKinney & Evans LLP
- John Vincent Weber c/o Bose McKinney & Evans LLP
- John F. Cozzi c/o Bose McKinney & Evans LLP
- Samuel L. Odle c/o Bose McKinney & Evans LLP
- Jerry M. Cohen c/o Bose McKinney & Evans LLP

    Bose McKinney & Evans LLP
    111 Monument Cir #2700
    Indianapolis, IN 46204
    (317) 684-5000
    Attn: V. Samuel Laurin
         Greg Hahn

*d. ITT's Former Counsel, Advisors, and Consultants*

The following former counsel, advisers and consultants to ITT may have discoverable information regarding, but not limited to, the allegations of the Complaint and Modany's affirmative defenses, the operations and business of ITT, including information about ITT's finances, potential strategic partnerships or transactions with third parties, ITT's interactions with ACICS and the ED, and interactions between the Board of Directors of ITT and Modany:

>David A. Given
>Faegre Baker Daniels LLP
>300 N. Meridian Street, Suite 2700
>Indianapolis, IN 46204
>Phone: (317) 237-1249
>
>Janelle Blankenship
>Faegre Baker Daniels LLP
>300 N. Meridian Street, Suite 2700
>Indianapolis, IN 46204
> Phone: (317) 569-4881
>
>Christine Long
>Faegre Baker Daniels LLP
>300 N. Meridian Street, Suite 2700
>Indianapolis, IN 46204
>Phone: (317) 569-4887
>
>Michael Goldstein, Senior Counsel
>Cooley LLP
>1299 Pennsylvania Ave., Suite 700
>Washington, DC 20004
>Phone: (202) 776-2569
>
>Blain Butner, Retired Partner
>Cooley LLP
>1299 Pennsylvania Ave., Suite 700
>Washington, DC 20004

Timothy J. Hatch
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-7368

Neil Meyer, Managing Director
Barclays Capital, Inc.
745 7th Avenue
New York, NY 10019

Ryan McNamara, Director
Barclays Capital, Inc.
190 S LaSalle Street
Chicago, IL 60603

Adam Nordin (Former Managing Director, Barclays)
Goldman Sachs Group, Inc.
71 S Wacker Dr #500
Chicago, IL 60606

Damien R. Zoubek
Cravath, Swaine & Moore
825 8th Avenue
New York, NY 10019
Phone: (212) 474-1846

Todd Noffke, Managing Director
Credit Suisse Group AG
AT&T Center, 227 W Monroe St.
Chicago, IL 60606
(312) 750-3000

Sam Shah (Former Managing Director, Credit Suisse)
Macquarie Group Limited
1 North Wacker Drive, Suite 2900
Chicago, IL  60606
Phone: (312) 660-9215

Raghu Velamati (Former Director, Credit Suisse)
Macquarie Group Limited
1 North Wacker Drive, Suite 2900
Chicago, IL  60606
Phone: (312) 660-9215

e. *Potential Strategic Partners/Purchasers and Their Advisors*

The following third-party entities (and individuals affiliated with such entities) may have discoverable information regarding, but not limited to, the allegations of the Complaint and Modany's affirmative defenses, the operations and business of ITT, including information about ITT's finances, potential strategic partnerships or transactions, and the ED's communications with potential third-party strategic partners engaged in discussions with ITT:

> James C. Carlisle, Managing Director
> Thomas H. Lee Partners
> 100 Federal Street
> Boston, MA 02110
> Phone: (617) 227-1050
>
> Dr. Arthur Snyder, President
> The Indiana Institute of Technology
> 1600 E Washington Blvd
> Fort Wayne, IN 46803
> Phone: (800) 937-2448
>
> Randall Barton, Former Chairman of Dream Center Education
> Dream Center (currently in Receivership)
> 2301 Bellevue Ave.
> Los Angeles, CA 90026
> Phone: (213) 273-7000
>
> Jahm Najafi, Founder and Chief Executive Officer
> Najafi Companies
> 2525 E. Camelback Road
> Phoenix, AZ 85016
> Phone: (602) 476-0600
>
> Dr. David Wright, President
> Indiana Wesleyan University
> 4201 S. Washington St.
> Marion, IN 46953
> Phone: (866) 468-6498

>Thomas J. Snyder, Former President
>Ivy Tech Community College of Indiana
>50 West Fall Creek Parkway North Drive
>Indianapolis, IN 46208
>Phone: (888) 489-5463

f.   *U.S. Department of Education*

The following individuals may have discoverable information regarding, but not limited to, the allegations of the Complaint and Modany's affirmative defenses, the operations and business of ITT, including information about ITT's finances, potential strategic partnerships or transactions with third parties, and ITT's interactions with ACICS and the ED, including ITT's relationship with the ED, ITT's response to requests by the ED for information from ITT, communications between ACICS and the ED, the ED's surety demands on ITT, and the ED's communications with potential third-party strategic partners engaged in discussions with ITT.

- Michael J. Frola, Director, Multi-Regional and Foreign Schools Participation Division
  400 Maryland Avenue, SW
  Washington, D.C. 20202
  (800) 872-5327

g.   *Accrediting Council for Independent Colleges and Schools*

The following individuals may have discoverable information regarding, but not limited to, the allegations of the Complaint and Modany's affirmative defenses, the operations and business of ITT, including information about ITT's finances, potential strategic partnerships or transactions with third parties, and ITT's interactions with ACICS and the ED, including ITT's relationship with the ACICS, ITT's response to requests by ACICS for information from ITT, and communications between ACICS and the ED:

>   Roger Williams, Executive in Charge
>   ACICS
>   750 First Street NE, Suite 980
>   Washington, DC 20002-4223
>   Phone: 202.336.6780
>   Fax: 202.842.2593

- Anthony S. Bieda, Former Executive in Charge, ACICS

    Current contact information unknown

- Dr. Albert C. Gray, Former President and Chief Executive Officer, ACICS

    Current contact information unknown

### III. Disclosures under Fed. R. Civ. P. 26(a)(1)(A)(ii) (Documents, Electronically Stored Information, and Tangible Things)

Modany may use the following documents, electronically stored information and tangible things – listed below by category – that are in his care, custody, or control (or the care, custody, and control of their agents) to support their defenses to the Trustee's claims. Some or all of the documents, electronically stored information, and tangible things, despite being in Modany's possession, custody, or control, are also in the possession, custody, or control of the Trustee.

> a. All pleadings and related papers filed in Deborah J. Caruso as Chapter 7 Trustee for ITT Educational Services, Inc., et al. Plaintiff v. United States Department of Education, United States Bankruptcy Court Southern District of Indiana, Indianapolis Division, Adversary Proceeding No. 18-50271, whether filed in the Bankruptcy Court or the District Court, and all documents attached thereto.
>
> b. Documents filed in and listed on the docket of the Debtors' chapter 7 bankruptcy cases, pending before the United States Bankruptcy Court for the Southern District of Indiana at case number 16-bk-07207 (jmc) (the "Bankruptcy Proceeding").
>
> c. Documents produced by Modany and the other Defendants in response to Trustee's subpoena for production of documents pursuant to Federal Rule of Bankruptcy Procedure 2004 in the Bankruptcy Proceeding.
>
> d. Documents regarding the corporate structure, management, and financial position of the Debtors.

    e. Documents, including drafts or amendments, evidencing the formation, management, financial condition and operation of the Debtors.

    f. Documents, including communications with advisors and potential advisors, regarding a potential restructuring of, or strategic or other transaction involving, ITT, prior to the filing of the Bankruptcy Proceeding.

    g. Documents, including communications with third parties, regarding a potential restructuring of, or strategic or other transaction involving, ITT, prior to the filing of the Bankruptcy Proceeding, including without limitation potential strategic or other transaction partners.

    h. Documents, including communications with former members of the Board of Directors, regarding the operations, governance and financial condition of ITT prior to the filing of the Bankruptcy Proceeding, including without limitation a potential restructuring of, or strategic or other transaction involving, ITT, including agendas and minutes of the Board or any subcommittee thereof.

    i. The insurance policies described in Section V below and documents related and/or associated with those policies.

    j. Documents and communications regarding the liquidation of ITT during the bankruptcy cases.

## IV. Disclosures Under Fed. R. Civ. P. 26(a)(1)(A)(iii) (Computation of Damages)

Not applicable. The Defendant has not asserted a counterclaim in this proceeding. Although the Complaint seeks to equitably subordinate the general unsecured claim that Modany filed in the Bankruptcy Proceeding, the Complaint does not challenge the amount of the claim.

## V. Disclosures Under Fed. R. Civ. P. 26(a)(1)(A)(iv) (Insurance Coverage)

To the extent such policies are in its control and possession, Modany will make any such insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment against them available to the Trustee for inspection and copying. Some or all of the policies are already in the possession, custody, or control of the Trustee.

    a. 2016 Federal Insurance Co. Executive Protection Portfolio Policy (Policy Period 3/21/2016 – 3/21/2017)

    b.  2016 Illinois National Insurance Co. Excess Edge Policy (Policy Period 3/21/2016 – 3/21/2017)

    c.  2016 XL Specialty Insurance Co. Cornerstone A-Side Management Liability Insurance Policy (Policy Period 3/21/2016 – 3/21/2017)

    d.  2016 Freedom Specialty Insurance Co. Excess Insurance Policy (Policy Period 3/21/2016 – 3/21/2017)