UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the Chapter 7 TRUSTEE FOR ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN MODANY, JOHN E. DEAN, C. DAVID BROWN II, JOANNA T. LAU, THOMAS I. MORGAN, JOHN VINCENT WEBER, JOHN F. COZZI, SAMUEL L. ODLE, and JERRY M. COHEN,<br><br>Defendants. | Case No. 1:18-cv-02182-JPH-TAB |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

John E. Dean, C. David Brown II, Joanna T. Lau, Thomas I. Morgan, John Vincent Weber, John F. Cozzi, Samuel L. Odle, and Jerry M. Cohen (collectively, "Defendant Directors"), by counsel, hereby give notice that they served Defendants' Initial Disclosures on counsel of record by email on May 9, 2019, in accordance with the Court's Order from the Pretrial Conference held on May 8, 2019.

Respectfully submitted,

*/s/ James P. Moloy*
Gregory F. Hahn, Attorney No. 10547-49
V. Samuel Laurin, Attorney No. 11607-53
James P. Moloy, Attorney No. 10301-49
Paul D. Vink, Attorney No. 23783-32
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5000
(317) 684-5173 (FAX)
ghahn@boselaw.com
slaurin@boselaw.com
jmoloy@boselaw.com
pvink@boselaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Richard Allyn<br>rallyn@robinskaplan.com | Jeffrey A. Hokanson<br>jeff.hokanson@icemiller.com<br>kathy.peed@icemiller.com |
| Thomas Berndt<br>tberndt@robinskaplan.com<br>jgerboth@robinskaplan.com | Carly Kessler<br>ckessler@robinskaplan.com |
| John Cannizzaro<br>john.cannizzaro@icemiller.com<br>deborah.martin@icemiller.com | Ronald James Schutz<br>rschutz@robinskaplan.com |
| Michael Anthony Collyard<br>mcollyard@robinskaplan.com<br>rhoule@robinskaplan.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Elaine Victoria Fenna<br>elaine.fenna@morganlewis.com | John C. Goodchild, III<br>Rachel Jaffe Mauceri<br>John.goodchild@morganlewis.com<br>Rachel.mauceri@morganlewis.com |

2

      John C. Hoard
      johnh@rubin-levin.net
      jkrichbaum@rubin-levin.net
      atty_jch@trustesolutions.com

      ElaineV. Fenna
      Elaine.fenna@morganlewis.com

I further certify that on the 9th day of May, 2019 a copy of the foregoing was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

None

                                              */s/ V. Samuel Laurin III*

3636725_1 /27062-3