UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH CARUSO the Chapter 7 Trustee for ITT Educational Services Inc., ESI Service Corp., and Daniel Webster College, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MODANY, <br> JOHN E. DEAN, <br> C. DAVID BROWN II, <br> JOANNA T. LAU, <br> THOMAS I. MORGAN, <br> JOHN VINCENT WEBER, <br> JOHN F. COZZI, <br> SAMUEL L. ODLE, <br> JERRY M. COHEN, <br><br> Defendants. | No. 1:18-cv-02182-JPH-TAB |

**CASE MANAGEMENT ORDER**

On January 7, 2019, the Court granted Defendants' Motion to Withdraw the Reference for Adversary Proceeding No. 18-50100. Dkt. 26. The parties are **ORDERED** to file a joint status report with the Court identifying pending motions requiring disposition by the Court and refile such motions, along with the affiliated briefs and exhibits, with the District Court by **May 28, 2019.**

**SO ORDERED.**

Date: 5/14/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Richard B. Allyn
ROBINS, KAPLAN LLP
rallyn@robinskaplan.com

Thomas Berndt
ROBINS KAPLAN LLP
TBerndt@RobinsKaplan.com

John Cannizzaro
ICE MILLER LLP (Columbus)
john.cannizzaro@icemiller.com

Michael Collyard
ROBINS KAPLAN LLP
mcollyard@robinskaplan.com

John C. Goodchild, III
MORGAN LEWIS & BOCKIUS, LLP
john.goodchild@morganlewis.com

Gregory Forrest Hahn
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
ghahn@boselaw.com

John C. Hoard
RUBIN & LEVIN, P.C.
johnh@rubin-levin.net

Jeffrey A. Hokanson
ICE MILLER LLP (Indianapolis)
jeff.hokanson@icemiller.com

Carly Kessler
ROBINS KAPLAN LLP
ckessler@robinskaplan.com

Vilda Samuel Laurin, III
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
slaurin@boselaw.com

Rachel Jaffe Mauceri
MORGAN, LEWIS & BOCKIUS
1701 Market Street
Philadelphia, PA 19013

James P. Moloy
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
jmoloy@boselaw.com

Ronald James Schutz
ROBINS, KAPLAN LLP
rschutz@robinskaplan.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
pvink@boselaw.com