UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MODANY, JOHN E. DEAN, C. DAVID BROWN II, JOANNA T. LAU, THOMAS I. MORGAN, JOHN VINCENT WEBER, JOHN F. COZZI, SAMUEL L. ODLE, and JERRY M. COHEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:18-cv-02182-JPH-TAB ) ) ) ) ) ) ) ) |

**JOINT STATUS REPORT**

Now come Plaintiff Deborah J. Caruso, the Chapter 7 Trustee for ITT Educational Services, Inc., ESI Service Corp., and Daniel Webster College, Inc. (the "Trustee"); Defendants C. David Brown, II, Jerry M. Cohen, John F. Cozzi, John E. Dean, Joanna T. Lau, Thomas I Morgan, Samual L. Odle, and John Vincent Weber (collectively the "Former Directors"); and Defendant Kevin Modany ("Modany"), by their respective counsel, and pursuant to the *Case Management Order* dated May 14, 2019 (Doc. No. 36), hereby jointly identify the motions filed in the U.S. Bankruptcy Court for the Southern District of Indiana, in the adversary proceeding previously pending in that Court captioned Deborah Caruso vs. Kevin Modany, et al., case no. 18-50100 (the "Adversary Proceeding"), along with the briefs, responses, and replies thereto, which remain pending and require disposition by this Court:

- Former Directors' Motion to Dismiss Complaint filed on August 24, 2018 (Adversary Proceeding Doc. No. 64)

- o <u>Brief in Support of Former Directors' Motion to Dismiss Complaint</u> filed August 24, 2018 (Adversary Proceeding Doc. No. 65)

- o <u>Trustee's Brief in Opposition to Former Directors' Motion to Dismiss</u> filed October 5, 2018 (Adversary Proceeding Doc. No. 73)

- o <u>Former Directors' Reply Brief in Support of Motion to Dismiss Complaint</u> filed November 2, 2018 (Adversary Proceeding Doc. No. 86)

- <u>Defendant Kevin Modany's Motion to Dismiss Adversary Complaint</u> and <u>Defendant Kevin Modany's Memorandum in Support of His Motion to Dismiss the Adversary Complaint</u> filed August 24, 2018 (Adversary Proceeding Doc. No. 67)

  - o <u>Defendant Kevin Modany's Amended Memorandum in Support of His Motion to Dismiss the Adversary Complaint</u> filed August 24, 2018 (Adversary Proceeding Doc. No. 68)

  - o <u>Trustee's Brief in Opposition to Kevin Modany's Motion to Dismiss</u> filed October 5, 2018 (Adversary Proceeding Doc. No. 74)

  - o <u>Defendant Kevin Modany's Reply Memorandum in Further Support of His Motion to Dismiss the Adversary Complaint</u> filed November 2, 2018 (Adversary Proceeding Doc. No. 85)

Pursuant to the parties' instructions from the court, each of the above-described motions will be refiled as a motion in this case. The briefs, responses, and replies will be filed as attachments to the corresponding motion.

Respectfully submitted,

DATED: May 22, 2019

By /s/ Ronald J. Schutz
John C. Hoard
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
Phone: (317) 634-0300
Fax: (317) 263-9411

Ronald J. Schutz
Carly A. Kessler
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York NY 10022
Phone: (212) 980-7400
Fax: (212) 980-7499

Michael A. Collyard
Richard B. Allyn
Thomas F. Berndt
ROBINS KAPLAN LLP
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax: (612) 339-4181

*Counsel for the Trustee*

By /s/ Rachel Jaffe Mauceri
John C. Goodchild, III,
Rachel Jaffe Mauceri,
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
john.goodchild@morganlewis.com
rachel.mauceri@morganlewis.com

Elaine V. Fenna
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Phone: (212) 309-6000
Fax: (212) 309-6001
elaine.fenna@morganlewis.com

Jeffrey A. Hokanson
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 236-2219
jeff.hokanson@icemiller.com

John C. Cannizzaro
ICE MILLER LLP
Arena District, 250 West Street, Suite 700
Columbus, OH 43215-7509
Phone: (614) 462-2700
Fax: (614) 462-5135
john.cannizzaro@icemiller.com

*Counsel for Defendant Kevin Modany*

By /s/ V. Samuel Laurin
Gregory F. Hahn,
V. Samuel Laurin,
James P. Moloy,
Paul D. Vink,
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Phone: (317) 684-5000
Fax: (317) 684-5173
ghahn@boselaw.com
slaurin@boselaw.com
jmoloy@boselaw.com
pvink@boselaw.com

*Counsel for Defendants John E. Dean, C. David Brown II, Joanna T. Lau, Thomas I. Morgan, John Vincent Weber, John F. Cozzi, Samuel L. Odle, and Jerry M. Cohen*

3


## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019, a copy of the foregoing Joint Status Report was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ John C. Cannizzaro
John C. Cannizzaro