# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MODANY, JOHN E. DEAN, C. DAVID BROWN II, JOANNA T. LAU, THOMAS I. MORGAN, JOHN VINCENT WEBER, JOHN F. COZZI, SAMUEL L. ODLE, and JERRY M. COHEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:18-cv-02182-JPH-TAB ) ) ) ) ) ) ) ) |

**Order Granting Plaintiff's Unopposed Motion to Extend Deadline**

Plaintiffs' Unopposed Motion to Extend Deadline is GRANTED. The Case Management Plan's current June 9, 2019 deadline for "motions for leave to amend the pleadings" is extended to September 9, 2019.

Date: 6/7/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.

Rachel Jaffe Mauceri
MORGAN, LEWIS & BOCKIUS
1701 Market Street
Philadelphia, PA 19013