UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MODANY, JOHN E. DEAN, C. DAVID BROWN II, JOANNA T. LAU, THOMAS I. MORGAN, JOHN VINCENT WEBER, JOHN F. COZZI, SAMUEL L. ODLE, and JERRY M. COHEN, <br><br> Defendants. | Case No. 1:18-cv-02182-JPH-TAB <br><br> *transferred from* <br><br> Bankruptcy Adversary Proceeding No. 18-50100 |

**JOINT MOTION FOR STATUS CONFERENCE
<u>REGARDING MOTIONS TO DISMISS</u>**

Plaintiff Deborah J. Caruso, Chapter 7 Trustee (the "Trustee") for ITT Educational Services, Inc., ESI Service Corp. and Daniel Webster College, Inc. (collectively, "ITT"), by and through her undersigned attorneys, and Defendants John E. Dean, C. David Brown II, Joanna T. Lau, Thomas I. Morgan, John Vincent Weber, John F. Cozzi, Samuel L. Odle, Jerry M Cohen (collectively, the "Former Directors") and Kevin Modany ("Modany"), by and through their undersigned attorneys, hereby jointly request a Status Conference with the Court regarding Defendants' pending motions to dismiss the Trustee's complaint.

1. Plaintiffs filed a Complaint in this matter on May 31, 2018 (Bankr. ECF No. 1) alleging that the Defendants breached their fiduciary duties of loyalty, care and good faith to ITT.

2. On June 28, 2018, the Former Directors filed a motion seeking to withdraw the reference of the adversary proceeding from the U.S. Bankruptcy Court for the Southern District of Indiana under 28 U.S.C. §157(d) ("Former Directors' Motion to Withdraw") (Bankr. ECF No. 44).

3. On August 24, 2018 the Former Directors and Modany filed motions to dismiss the Trustee's complaint ("Defendants' Motions to Dismiss") (Bankr. ECF Nos. 64, 65, 67, 68; ECF Nos. 39, 39-1, 40, 40-1).

4. On October 5, 2018, the Trustee filed opposition briefs to Defendants' Motions to Dismiss (Bankr. ECF Nos. 73, 74; ECF Nos. 39-2, 40-2).

5. On November 2, 2018, the Defendants filed reply briefs in further support of their Motions to Dismiss (Bankr. ECF. Nos. 85, 86; ECF Nos. 39-3, 40-3).

6. On January 7, 2019, the U.S. District Court for the Southern District of Indiana granted the Defendants' Motion to Withdraw the Reference (Bankr. ECF No. 88; ECF No. 26).

7. During an April 25, 2019 telephonic status conference, the parties learned that the Court had not automatically received Defendants' Motions to Dismiss from the Bankruptcy Court upon withdrawing the reference and that the motions were not currently being considered.

8. On May 14, 2019, the Court ordered the parties to identify and refile any pending motions ("May Order") (ECF No. 36).

9. On May 23, 2019, in accordance with the Court's May Order, the parties re-filed Defendants' Motions to Dismiss and the Trustee's corresponding opposition briefs (ECF Nos. 39, 39-1, 39-2, 39-3, 40, 40-1, 40-2, 40-3).

10. The parties believe that a status conference is appropriate. It has been five months since the last status conference, and a status conference would be useful to help the parties efficiently move this case forward while Defendants' Motions to Dismiss remain pending.

11. This motion is not brought for any improper purpose, but is intended to promote efficiency in time and resources for the parties and the Court.

WHEREFORE, the parties respectfully request the Court to set a status conference to discuss the pending Defendants' Motions to Dismiss and all other issues the parties wish to raise.

Dated: October 25, 2019

Respectfully submitted,

| **Robins Kaplan LLP**<br><br>/s/ *Ronald J. Schutz*<br>Ronald James Schutz<br>Michael Collyard<br>Richard B. Allyn<br>Thomas Berndt<br>Carly A. Kessler<br>399 Park Avenue, Suite 3600<br>New York, NY 10022<br>Telephone: (212) 980-7400<br>Fax: 212-980-7499<br>rschutz@robinskaplan.com<br>mcollyard@robinskaplan.com<br>rallyn@robinskaplan.com<br>tberndt@robinskaplan.com<br>ckessler@robinskaplan.com<br><br>**Rubin & Levin, P.C.**<br><br>John C. Hoard<br>135 N. Pennsylvania Street, Suite 1400<br>Indianapolis, Indiana 46204<br>Telephone: (317) 634-0300<br>johnh@rubin-levin.net<br><br>*Counsel for the Trustee* | **Bose McKinney & Evans, LLP**<br><br>/s/ *Vilda Samuel Laurin, III*<br>Vilda Samuel Laurin, III<br>Paul D. Vink<br>James P. Moloy<br>Gregory Forrest Hahn<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 684-5185<br>Fax: (317) 223-0185<br>ghahn@boselaw.com<br>slaurin@boselaw.com<br>jmoloy@boselaw.com<br>pvink@boselaw.com<br><br>*Counsel for John E. Dean, C. David Brown II, Joanna T. Lau, Thomas I. Morgan, John Vincent Weber, John F. Cozzi, Samuel L. Odle, and Jerry M. Cohen* |
| **Morgan, Lewis & Bockius LLP**<br><br>/s/ *Rachel Jaffe Mauceri*<br>Rachel Jaffe Mauceri<br>John C. Goodchild, III<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Fax: (212) 309-6001<br>rachel.mauceri@morganlewis.com<br>john.goodchild@morganlewis.com<br><br>*Counsel for Kevin M. Modany* | **Ice Miller LLP**<br><br>/s/ *Jeffrey A. Hokanson*<br>Jeffrey A. Hokanson<br>John C. Cannizzaro<br>One American Square<br>Indianapolis, Indiana 46282<br>Telephone: (317) 236-2397<br>jeff.hokanson@icemiller.com<br>john.cannizzaro@icemiller.com<br><br>*Local Counsel for Kevin M. Modany* |

4