UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH CARUSO the Chapter 7 Trustee for ITT Educational Services Inc., ESI Service Corp., and Daniel Webster College, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MODANY, <br> JOHN E. DEAN, <br> C. DAVID BROWN II, <br> JOANNA T. LAU, <br> THOMAS I. MORGAN, <br> JOHN VINCENT WEBER, <br> JOHN F. COZZI, <br> SAMUEL L. ODLE, <br> JERRY M. COHEN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:18-cv-02182-JPH-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY FOR NOVEMBER 26, 2019**

On this date, the Court held a telephonic status conference in response to the Joint Motion for Status Conference Regarding Motions to Dismiss. Dkt. [53]. Plaintiff appeared by counsel, Carly Kessler, Ronald Schutz, Thomas Berndt and John Ward. Defendant Kevin Modany appeared by counsel, Kevin Finger, David Miller and Joseph Davis. Defendants John E. Dean, C. David Brown II, Joanna T. Lau, Thomas I. Morgan, John Vincent Weber, John F. Cozzi, Samuel L. Odle and Jerry M. Cohen appeared by counsel, Paul Vink and Samuel Laurin. The conference was recorded by Court Reporter, Jodie Franzen.

2

The Court informed the parties that the pending motions are under advisement and reviewed the procedural history of the case. The Court will hold another status conference after ruling on the pending motions to dismiss.

Distribution:

All ECF-registered counsel of record