IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KEVIN MODANY. <br> Defendant. | Case No. 1:18-cv-02182-JPH-TAB <br><br> Hon. James P. Hanlon |

**ORDER GRANTING MOTION TO WITHDRAW
INCORRECT ANSWER AND ACCEPT CORRECT ANSWER**

This cause coming to be heard on Defendant's Motion to Withdraw Incorrect Answer and Accept Correct Answer ("Motion"), all parties entitled to notice having been given due notice, and the Court being duly advised in the premises, for good cause shown:

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant Kevin M. Modany's Answer and Affirmative and Other Defenses to the Adversary Complaint which was incorrectly filed on February 20, 2020, is withdrawn and the correct version filed on February 21, 2020 is accepted.

Date: 2/25/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF

Joseph P. Davis
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, MA  02110