# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-02182-JPH-TAB |
| KEVIN MODANY, | )<br>)<br>) |
| Defendant. | )<br>) |

**Joint Stipulation Regarding Certain Pre-Petition Communications with Legal Counsel**

Plaintiff Deborah J. Caruso, the chapter 7 trustee (the "Trustee") for ITT Educational Services, Inc., ESI Service Corp., and Daniel Webster College, Inc. (collectively, "ITT"), and Defendant Kevin Modany (referred to collectively as the "Parties" or each separately as "Party") submit this stipulation to expedite the flow of discovery material and avoid unnecessary motion practice. Each Party includes his or her counsel and any expert or consultant employed for purposes of this action.

The Trustee is in possession of certain materials containing legal advice ITT obtained from its attorneys during Defendant's tenure as an officer of ITT (the "Materials"). As Defendant had access to the Materials during his tenure at ITT, the Trustee will not withhold the Materials from Defendant on the basis of attorney-client privilege, and consents to use of the Materials in connection with this case, including the discovery process, motion practice, mediation and trial. The Trustee further acknowledges that ITT's former directors and dismissed defendants in this action John E. Dean, C. David Brown II, Joanna T. Lau, Thomas I. Morgan, John Vincent

1

Weber, John F. Cozzi, Samuel L. Odle, and Jerry M. Cohen ("Former Directors") had access to the Materials during their tenure at ITT, and consents to the use of the Materials with the Former Directors or their counsel in connection with this case, including the discovery process, motion practice and trial, subject to the Federal Rules of Civil Procedure and Federal Rules of Evidence.

      The Parties stipulate that the production of the Materials to Defendant does not affect any broader or preexisting waiver of any Party or ITT of attorney-client privilege, work-product protection, or other applicable privilege or protection. The Parties stipulate that production of the Materials to Defendant does not waive any claim of attorney-client privilege, work-product protection, or other applicable privilege or protection by either Party as to any documents or communications created or occurring after ITT's September 16, 2016 filing of the bankruptcy petition. The Trustee reserves any right she has to withhold access to the Materials from persons or entities other than Defendant and the Former Directors on the basis of attorney-client privilege. The Parties are not stipulating at this time to the admissibility of the Materials and each Party reserves his or her right to object to either the admission into evidence or production of the Materials on bases other than attorney-client privilege.

Respectfully submitted,

By /s/ John C. Hoard

John C. Hoard
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
Phone: (317) 634-0300
Fax: (317) 263-9411

Ronald J. Schutz
Carly A. Kessler
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York NY 10022
Phone: (212) 980-7400
Fax: (212) 980-7499

Michael A. Collyard
Richard B. Allyn
Thomas F. Berndt
ROBINS KAPLAN LLP
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax: (612) 339-4181

*Counsel for the Trustee*

By /s/ Kevin D. Finger

Kevin D. Finger
Kelyn J. Smith (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone (312) 456-8419
Facsimile (312) 456-8435
fingerk@gtlaw.com
smithkel@gtlaw.com

Joseph P. Davis III (admitted *pro hac vice*)
Mian R. Wang (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone (617) 310-6000
davisjo@gtlaw.com
wangm@gtlaw.com

*Counsel for Defendant Kevin Modany*