# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., ) ) ) ) | |
| Plaintiff, ) | |
| v.                                                           ) | Case No. 1:18-cv-02182-JPH-TAB |
| KEVIN MODANY,                                        ) ) | |
| Defendant.                               ) | |

### ORDER GRANTING STIPULATION SEEKING STAY OF DISCOVERY TO ENGAGE IN SETTLEMENT DISCUSSIONS

This matter coming to be heard on the Parties' Stipulation Seeking Stay of Discovery to Engage in Settlement Discussions, all parties entitled to notice having been given due notice, and the Court being fully advised of the premises, for good cause shown:

IT IS HEREBY ORDERED that the parties are to engage a third-party mediator and engage in good faith settlement negotiations within 60 days of this Order. If the parties cannot agree on a mediator within two weeks of this Order, the parties each shall submit a list of no more than three names of proposed mediators to the Court and the Court will select a mediator from the lists submitted by the parties. The Court further orders that any insurance company that may be liable for indemnity for the claims asserted must have someone with full settlement authority participate in the mediation.

IT FURTHER IS ORDERED that discovery shall be stayed from July 1, 2020 to August 30, 2020 ("Stay Period") to facilitate the parties' settlement discussions. During the Stay Period, (A) the parties will refrain from (i) exchanging additional written discovery requests, responses to outstanding written discovery requests, correspondence related to written discovery requests,

and filing any discovery-related motion, and (ii) serving subpoenas on third parties requesting the production of documents during the Stay Period; (B) the parties may notice, but not take depositions; and (C) the parties may continue to prepare their respective cases, including, without limitation, reviewing documents and performing legal research.

THE COURT FURTHER ORDERS that the current case management plan be amended as follows:

- Completion of Non-Expert Discovery
    **Amended Deadline**: October 31, 2020

- Plaintiffs' Expert Disclosure & 26(a)(2) Report Deadline
    **Amended Deadline**: December 7, 2020

- Defendant's Expert Disclosure & 26(a)(2) Report Deadline
    **Amended Deadline**: January 11, 2021

- Close of Expert Discovery
    **Amended Deadline**: February 26, 2021

- Dispositive Motions Deadline
    **Amended Deadline**: April 23, 2021

- Motions *in Limine* Deadline (Experts)
    **Amended Deadline**: May 21, 2021

- Final Witness List Deadline
    **Amended Deadline**: June 18, 2021

- Trial (10 days)
    **Amended Deadline**: August 2021

**SO ORDERED.**

June 23, 2020

                                            Tim A. Baker
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution to all counsel of record via ECF.