IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN MODANY, <br><br> Defendant. | Case No. 1:18-cv-02182-JPH-TAB |

**ORDER ALLOWING**
**STIPULATION SEEKING TO WITHDRAW PRIOR STIPULATION AND**
**AMEND CASE MANAGEMENT PLAN**

This cause coming to be heard on the Parties' Stipulation Seeking to Withdraw Prior Stipulation and Amend Case Management Plan (Dkt. No. 103), all parties entitled to notice having been given due notice, and the Court being duly advised in the premises, for good cause shown:

IT IS HEREBY ORDERED that the Parties' prior stipulation at Dkt. No. 102 is withdrawn, and the current case management plan (Dkt. No. 94) is amended as follows:

| Event | Amended Date |
|---|---|
| Close of Non-Expert Discovery | January 25, 2021 (for the sole purpose of conducting the Postponed Depositions) |
| Plaintiff's Expert Disclosure & Rule 26(a)(2) Report Deadline | February 22, 2021 |
| Defendant's Expert Disclosure & Rule 26(a)(2) Report Deadline | March 22, 2021 |
| Close of Expert Discovery | April 23, 2021 |
| Dispositive Motions Deadline | May 14, 2021 |

| Event | Amended Date |
|---|---|
| Motions *in Limine* Deadline (Experts) | June 11, 2021 |
| Final Witness and Exhibit Lists Deadline | July 9, 2021 |
| Trial (estimated 10 days) | August 2021 (with the recommendation that trial be set in or after November 2021) |

**SO ORDERED.**   The dates set forth in Filing No. 104 are vacated based upon this approved stipulation.

Date: 1/27/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.