# **EXHIBIT 72**



September 2, 2016

Kevin M. Modany, CEO                                          via email
President and Chief Executive Officer
ITT Educational Services, Inc.
13000 North Meridian Street
Indianapolis, IN 46032-1404

RE:    Provisional/LOC Alternative
        OPE IDs: 00732900 – ITT Technical Institute
                    03071800 – ITT Technical Institute
                    00473100 – Daniel Webster College

Dear Mr. Modany,

I am writing in response to your letter dated August 30, 2016, submitted in response to the U.S. Department of Education's letter to you dated August 25, 2016.

We have carefully reviewed the proposals outlined in your letter. In so doing, our fundamental consideration has been to protect the interests of both students and taxpayers. After reviewing the letter, we do not believe that ITT's proposals best serve those interests or resolve the concerns expressed in our letter dated August 25, 2016 or the letters attached thereto. Accordingly, we will not be releasing ITT from any of the obligations or conditions set forth in the August 25 letter, including the requirements of HCM2 and the increased surety amount.

In your letter, you express concern for taking care of the needs of ITT students. That is of paramount importance to the Department. We remain very interested in working with you to take all available steps to protect the interests of ITT students and coordinating our efforts in that regard. Our expectation is that ITT will be responsive to the Department and collaborative with the Department, state agencies, and other partners assisting students with any necessary transitions.

Sincerely,

*[signature]*

Ron Bennett
Director, School Eligibility Service Group

cc: Blain Butner

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION
Federal Student Aid, Multi-Regional and Foreign School Participation Division
830 First Street NE, Union Center Plaza, 7th Floor, Washington, DC 20202-5340
www.FederalStudentAid.edgov