UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DEBORAH CARUSO the Chapter 7     )
Trustee for ITT Educational Services Inc.,  )
ESI Service Corp., and Daniel Webster    )
College, INC.,                                  )
                                          )
                Plaintiff,        )
                                          )
           v.                  )    No. 1:18-cv-02182-JPH-TAB
                                          )
KEVIN MODANY,               )
                                          )
                Defendant.     )

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now

enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff.  Plaintiff

shall take nothing by her complaint and this action is terminated.

Date:  6/27/2022

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: _____
    Deputy Clerk, U.S. District Court

Distribution:

Richard B. Allyn
ROBINS, KAPLAN LLP
rallyn@robinskaplan.com

Thomas Berndt
ROBINS KAPLAN LLP
TBerndt@RobinsKaplan.com

Michael Collyard
ROBINS KAPLAN LLP
mcollyard@robinskaplan.com

Joseph P. Davis, III
GREENBERG TRAURIG LLP
davisjo@gtlaw.com

Kevin D. Finger
GREENBERG TRAURIG, P.C.
fingerk@gtlaw.com

Gregory Forrest Hahn
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
ghahn@boselaw.com

John C. Hoard
RUBIN & LEVIN, P.C.
johnh@rubin-levin.net

Alison T. Holdway
GREENBERG TRAURIG, LLP
holdwaya@gtlaw.com

Peter Ihrig
ROBINS KAPLAN LLP
pihrig@robinskaplan.com

Vilda Samuel Laurin, III
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
slaurin@boselaw.com

David Ian Miller
GREENBERG TRAURIG, LLP
david.miller@gtlaw.com

James P. Moloy
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
jmoloy@boselaw.com

Ronald James Schutz
ROBINS, KAPLAN LLP
rschutz@robinskaplan.com

Meredith R. Theisen
RUBIN & LEVIN, P.C.
mtheisen@rubin-levin.net

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
pvink@boselaw.com

Mian R. Wang
GREENBERG TRAURIG, LLP
wangm@gtlaw.com